| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| In Re:<br><br>Francisco J Sanchez |

**Order Filed on September 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No: | 17-27112 |
| Chapter: | 13 |
| Judge: | KAPLAN |

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: September 6, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Mark S Cherry_____, and regarding _____ #12 Missing Documents._____, it is hereby

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco J Sanchez  
      Debtor

Case No. 17-27112-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.  
db          Francisco J Sanchez,    11 Pennington Rd,    New Brunswick, NJ    08901-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company also known as M&T Bank Successor by Merger to Hudson City Savings Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Mark S Cherry    on behalf of Debtor Francisco J Sanchez mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 4