Certificate Number: 05781-NJ-DE-030243966

Bankruptcy Case Number: 17-27112



05781-NJ-DE-030243966

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 30, 2017, at 7:09 o'clock PM PST, Francisco Sanchez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    November 30, 2017                By:    /s/Allison M Geving

                                          Name:  Allison M Geving

                                          Title: President