UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

**Order Filed on January 18, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

 Francisco J Sanchez

| | |
|---|---|
| Case No.: | 17-27112 |
| Chapter: | 13 |
| Judge: | KAPLAN |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by _____Mark S Cherry_____, on

_____09/13/2017_____, and a Request for

    ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Mark S Cherry_____,
    and for good cause shown

    ❑ Early Termination of the Loss Mitigation Period having been filed by _____,
    and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/8/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*

2