UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Francisco J Sanchez

Case No.: 17-27112

Adv. No.:

Hearing Date:

Judge: KAPLAN

## ORDER GRANTING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

MARK S. CHERRY, ESQUIRE,
385 N. KINGS HIGHWAY
CHERRY HILL, NEW JERSEY 08034
(856) 667-1234
ATTORNEY FOR DEBTOR

U.S BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF:

Francisco Sanchez

Chapter 13
Case No.:  17-27112

ORDER GRANTING LOAN MODIFICATION

THIS MATTER being reinstated by the Court by Mark S. Cherry, Esquire attorney for the debtor and the Court having considered the pleadings filed, and good cause appearing, therefore:

IT IS on this       day of         , 2018 , ORDERED that the loan modification be approved.

1. In the event a loan modification is completed and the pre-petition arrears are capitalized in the loan, secured creditor shall withdraw the claim without prejudice or amend the arrearage portion of its proof of claim to the paid to date amount within (30) days of completion of the loan modification; and

2. The Chapter 13 trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdraw or amended or the trustee is notified secured creditor that the modification was not consummated

3. In the event that the modification is not consummated; the secured creditor shall notify the Trustee and Debtors' attorney of same. Any money that was held by the trustee pending the completion of the modification shall be paid to secured creditor

5. Debtors shall file a a modified Plan and Amended Schule J, if applicable, within (20) days of the date of this order.

outstanding trustee payments within thirty (30) days of this Order, and schedule the confirmation hearing.