UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Francisco J Sanchez

Case No.: 17-27112

Adv. No.:

Hearing Date:

Judge: KAPLAN

## ORDER GRANTING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 8, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

MARK S. CHERRY, ESQUIRE,
385 N. KINGS HIGHWAY
CHERRY HILL, NEW JERSEY 08034
(856) 667-1234
ATTORNEY FOR DEBTOR

## U.S BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN THE MATTER OF:

Francisco Sanchez                                       Chapter 13
                                                        Case No.:   17-27112

### ORDER GRANTING LOAN MODIFICATION

THIS MATTER being reinstated by the Court by Mark S. Cherry, Esquire attorney for the debtor and the Court having considered the pleadings filed, and good cause appearing, therefore:

IT IS on this        day of               , 2018 , ORDERED that the loan modification be approved.

1. In the event a loan modification is completed and the pre-petition arrears are capitalized in the loan, secured creditor shall withdraw the claim without prejudice or amend the arrearage portion of its proof of claim to the paid to date amount within (30) days of completion of the loan modification; and
2. The Chapter 13 trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdraw or amended or the trustee is notified secured creditor that the modification was not consummated
3. In the event that the modification is not consummated; the secured creditor shall notify the Trustee and Debtors' attorney of same. Any money that was held by the trustee pending the completion of the modification shall be paid to secured creditor
5. Debtors shall file a a modified Plan and Amended Schule J, if applicable, within (20) days of the date of this order.
outstanding trustee payments within thirty (30) days of this Order, and schedule the confirmation hearing.

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco J Sanchez  
      Debtor

Case No. 17-27112-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 08, 2018  
                                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.  
db          Francisco J Sanchez,    11 Pennington Rd,    New Brunswick, NJ  08901-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company also known as M&T Bank Successor by Merger to Hudson City Savings Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Mark S Cherry    on behalf of Debtor Francisco J Sanchez mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                            TOTAL: 4