Office Mailing Address:

Albert Russo, Trustee

CN 4853

Trenton, NJ  08650

Send Payments **ONLY** to:

Albert Russo, Trustee

PO Box 933

Memphis, TN  38101-0933

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
#### Chapter 13 Case No. 17-27112 / MBK

Francisco J Sanchez

11 Pennington Rd

New Brunswick  NJ　　08901-1610

Petition Filed Date: 08/23/2017

341 Hearing Date: 09/21/2017

Confirmation Date: 01/09/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/29/2017 | $200.00 | 43181880 | 11/01/2017 | $200.00 | 44043520 | 12/04/2017 | $200.00 | 44851870 |
| 12/28/2017 | $200.00 | 45448560 | 02/02/2018 | $200.00 | 46384100 | | | |

**Total Receipts for the Period: $1,000.00　Amount Refunded to Debtor Since Filing: $0.00　Total Receipts Since Filing: $1,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Francisco J Sanchez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Mark S Cherry | Attorney Fees | $2,500.00 | $0.00 | $2,500.00 |
| 1 | CAPITAL ONE AUTO FINANCE »» 2017 HONDA CRV | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | MANUFACTURERS AND TRADERS TRUST CO. »» P/11 PENNINGTON RD/1ST MTG | Mortgage Arrears | $275,633.11 | $0.00 | $275,633.11 |

Chapter 13 Case No. 17-27112 / MBK

| | SUMMARY |
|---|---|

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,000.00 | Plan Balance: | $11,000.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $64.00 | Arrearages: | $200.00 |
| Funds on Hand: | $936.00 | Total Plan Base: | $12,000.00 |

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

• **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**