Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–27112–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Francisco J Sanchez
 11 Pennington Rd
 New Brunswick, NJ 08901–1610

Social Security No.:
 xxx–xx–1607

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/14/18.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 14, 2018
JAN: kmf

 Jeanne Naughton
 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco J Sanchez  
    Debtor

Case No. 17-27112-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 14, 2018  
                 Form ID: 148    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db              Francisco J Sanchez,    11 Pennington Rd,    New Brunswick, NJ  08901-1610
517053201       Aes/Chase Bank,    PO Box 61047,    Harrisburg, PA  17106-1047
517025821       KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
lm              EDI: BANKAMER.COM Jun 15 2018 02:43:00      Bank of America Home Mortgage,    P.O. Box 31785,
                 Tampa, FL  33631-3785
517025820       EDI: BANKAMER.COM Jun 15 2018 02:43:00      Bank of America,    PO Box 5170,
                 Simi Valley, CA  93062-5170
517053202       EDI: CAPITALONE.COM Jun 15 2018 02:43:00      Capital One Bank,    15000 Capital One Dr.,
                 Richmond, VA  23238-1119
517037800      +EDI: AISACG.COM Jun 15 2018 02:43:00      Capital One Auto Finance c/o AIS Portfolio Service,
                 d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK  73118-7901
517061710      +EDI: AISACG.COM Jun 15 2018 02:43:00      Capital One Auto Finance, c/o Ascension Capital Gr,
                 P.O. Box 201347,    Arlington, TX  76006-1347
517053203       EDI: CHASE.COM Jun 15 2018 02:43:00      Chase Card,    PO Box 15298,
                 Wilmington, DE  19850-5298
517127806       EDI: BANKAMER.COM Jun 15 2018 02:43:00      Manufacturers & Traders Trust Company,
                 c/o Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
517053204       EDI: CITICORP.COM Jun 15 2018 02:43:00      Thd/Cbna,    PO Box 6497,
                 Sioux Falls, SD  57117-6497
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Manufacturers and Traders Trust Company also known as
               M&T Bank Successor by Merger to Hudson City Savings Bank, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark S Cherry    on behalf of Debtor Francisco J Sanchez mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```